JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY MAE STREETER,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STEEL WORKERS<br>LOCAL 7600 AFL-CIO-CLC,<br><br>        Defendants. | Case No. EDCV 07-1373-VAP<br>(JCRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order Granting Motion for Summary Judgment filed August 27, 2008, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 29, 2008

                                      VIRGINIA A. PHILLIPS
                            United States District Judge